## DECISIONS ANNOUNCED WITHOUT OPINIONS DURING THE TIME COVERED BY THIS VOLUME.

No. 339. COLE *v.* GARLAND. Error to the United States Circuit Court of Appeals for the Seventh Circuit. Motion to dismiss submitted October 15, 1901. Decided October 21, 1901. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *German National Bank* v. *Speckert,* 181 U. S. 405. *Mr. Jackson H. Ralston* for the motion. *Mr. Rublee A. Cole* opposing.

No. 353. ARMSTRONG *v.* MAYER. Error to the Supreme Court of the State of Nebraska. Motions to dismiss or affirm submitted October 15, 1901. Decided October 21, 1901. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Eustis* v. *Bolles,* 150 U. S. 361. *Mr. Walter J. Lamb* for the motions. *Mr. Lionel C. Burr, Mr. Charles L. Burr* and *Mr. Charles O. Whedon* opposing.

No. 66. WISCONSIN *ex rel.* GATES *v.* COMMISSIONERS OF PUBLIC LANDS. Error to the Supreme Court of the State of Wisconsin. Argued October 29, 1901. Decided November 4, 1901. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Hamblin* v. *Western Land Company,* 147 U. S. 531; *Wilson* v. *North Carolina,* 169 U. S. 595; *Mills County* v. *Railroad Companies,* 107 U. S. 557; *Cook County* v. *Calumet and Chicago Canal Company,* 138 U. S. 635, 655; *Walsh* v. *Railroad Company,* 176 U. S. 479; *Zadig* v. *Baldwin,* 166 U. S. 485; *Chapin* v. *Fye,* 179 U. S. 127; and see *State ex rel. Gates* v. *Commissioners,* 106 Wis. 584. *Mr. Rublee A. Cole* for the plaintiff in error. *Mr. E. R. Hicks* for the defendants in error.